OPINION — AG — ** WARRANT — COUNTY CLERK ** THERE IS `NO' STATUTORY AUTHORIZATION ESTABLISHING OR APPROVING A "COUNTY PAYROLL ACCOUNT" OR AUTHORIZING DISBURSEMENT OF A COUNTY MONEYS FOR PAYMENT OF COUNTY EMPLOYEE PAYROLL CLAIMS OTHER THAN UPON WARRANT TO EACH CLAIMANT. SEE: OPINION NO. 72-184 (COUNTY CLERK, COUNTY TREASURER, PUBLIC FINANCE, WARRANTS, DISBURSEMENTS, COUNTY OFFICERS, DEPOSITED, REGISTERS, SIGNATURES, FUNDS) CITE: OPINION NO. 81-188, 19 O.S. 326 [19-326], 19 O.S. 347 [19-347] [19-347], 19 O.S. 623 [19-623], 62 O.S. 471 [62-471] [62-471], 62 O.S. 474 [62-474], 62 O.S. 475 [62-475] [62-475], 62 O.S. 304.1 [62-304.1] (CHARLES S. ROGERS)